UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:16-CV-00035-RLV-DCK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SUNENERGY1, LLC,<br><br>Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that this action is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

This 18th day of October, 2016.

/s/ Jeremy A. Stephenson
Jeremy A Stephenson
N.C. Bar No. 34623
jstephenson@mcnair.net

**McNair Law Firm, P.A.**
301 South Tryon Street, Suite 1615
Charlotte, North Carolina 28282
Telephone:    704-347-1170
Facsimile:    704-347-4467

*Attorney for Plaintiff*

/s/ Douglas M. Jarrell
Douglas M. Jarrell
N.C. Bar No. 21138
djarrell@robinsonbradshaw.com

Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@robinsonbradshaw.com

**Robinson, Bradshaw & Hinson, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone:    704-377-2536
Facsimile:    704-378-4000

*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Jeremy A. Stephenson
    jstephenson@mcnair.net
    McNair Law Firm, P.A.
    Two Wells Fargo Center
    301 South Tryon Street, Suite 1615
    Charlotte, NC 28282

Dated: October 18, 2016

/s/Douglas M. Jarrell
Douglas M. Jarrell
N.C. Bar No. 21138
djarrell@robinsonbradshaw.com

Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@robinsonbradshaw.com

**Robinson, Bradshaw & Hinson, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone:    704-377-2536
Facsimile:    704-378-4000

*Attorneys for Defendant*